■ SIDNEY POSIN, Respondent-Appellant, v MATTHEW RUSSO, Appellant-Respondent, et al., Defendant. [716 NYS2d 863] —In an action, *inter alia,* pursuant to Business Corporation Law § 626 to recover damages for the waste of corporate assets and for an

accounting, (1) the defendant Matthew Russo appeals from stated portions of an amended judgment of the Supreme Court, Nassau County (Marchese, J.H.O.), dated June 30, 1999, which, after a nonjury trial, among other things, is in favor of the plaintiff, Sidney Posin, and against him in the principal sums of $642,676.57 for the conversion of corporate funds and $87,000.35 for bills incurred by Turnberry Woods at Plainview, Inc., for services of the court-appointed accountant, and (2) the plaintiff, Sidney Posin, cross-appeals from stated portions of the same amended judgment which, *inter alia*, failed to award punitive damages against the defendant Matthew Russo and failed to direct Matthew Russo to pay $90,603.83 for alleged unsubstantiated loans charged to Turnberry Woods at Plainview, Inc.

Ordered that the amended judgment is affirmed insofar as appealed and cross-appealed from, without costs or disbursements.

Contrary to Matthew Russo's contention, there was sufficient evidence in the record to support the trial court's determination that he was obligated to pay $642,676.57 to the plaintiff for converted funds, and there is no basis to disturb that determination (*see, Cohen v Hallmark Cards,* 45 NY2d 493, 498-499; *Mortensen v Memorial Hosp.,* 105 AD2d 151, 158; *Mertsaris v 73rd Corp.,* 105 AD2d 67, 82-83; *Kiker v Nassau County,* 175 AD2d 99).

The parties' remaining contentions are without merit. O'Brien, J. P., McGinity, Luciano and Schmidt, JJ., concur.